IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DISTRICT

BANCINSURE, INC..                                                                                    PLAINTIFF

VS.                                              NO. 3:10CV00013-JLH

C. GREG MILLER, DONNA MILLER,
LOUISE MILLER, HOWARD ELDRIDGE,
DONALD L. PARKER, SR., DAVID HOLBROOK, and
ASA CROW                                                                                             DEFENDANTS

## ANSWER OF DONNA MILLER AND DAVID HOLBROOK

Come now, Separate Defendants Donna Miller and David Holbrook, and for their Answer, state:

1. Separate Defendants Donna Miller and David Holbrook are without sufficient information to admit or deny the allegations contained in Paragraph 1 of the Complaint, and all such allegations are therefore denied.

2. Separate Defendants Donna Miller and David Holbrook admit the allegations contained in Paragraph 2 of th Complaint.

3. Separate Defendants Donna Miller and David Holbrook admit the allegations contained in Paragraph 3 of the Complaint.

4. Separate Defendants Donna Miller and David Holbrook admit the allegations contained in Paragraph 4 of the Complaint.

5. Separate Defendants Donna Miller and David Holbrook admit the allegations contained in Paragraph 5 of the Complaint.

6. Separate Defendants Donna Miller and David Holbrook admit the allegations contained in Paragraph 6 of the Complaint.

7. Separate Defendants Donna Miller and David Holbrook admit the allegations contained in Paragraph 7 of the Complaint.

8. Separate Defendants Donna Miller and David Holbrook admit the allegations contained in Paragraph 8 of the Complaint.

9. Separate Defendants Donna Miller and David Holbrook admit that this Court has jurisdiction over this matter and that BancInsure has created an actual controversy by improperly and wrongfully withholding insurance coverage and payment of defense cost related to the underlying lawsuit described in the Complaint. All other allegations contained in Paragraph 9 of the Complaint are denied.

10. Separate Defendants Donna Miller and David Holbrook admit that this Court has jurisdiction over this matter and that BancInsure has created an actual controversy by improperly and wrongfully withholding insurance coverage and payment of defense cost related to the underlying lawsuit described in the Complaint. All other allegations contained in Paragraph 10 of the Complaint are denied.

11. Separate Defendants Donna Miller and David Holbrook admit the allegations contained in Paragraph 11 of the Complaint.

12. As to the allegations contained in Paragraph 12 of the Complaint, Separate Defendants Donna Miller and David Holbrook assert that the document referenced speaks for itself. All remaining allegations contained in Paragraph 12 are denied.

13. As to the allegations contained in Paragraph 13 of the Complaint, Separate Defendants Donna Miller and David Holbrook assert that the document referenced speaks for itself. All remaining allegations contained in Paragraph 13 are denied.

14. As to the allegations contained in Paragraph 14 of the Complaint, Separate Defendants Donna Miller and David Holbrook assert that the document referenced speaks for itself. All remaining allegations contained in Paragraph 14 are denied.

15. As to the allegations contained in Paragraph 15 of the Complaint, Separate Defendants Donna Miller and David Holbrook assert that the document referenced speaks for itself. All remaining allegations contained in Paragraph 15 are denied.

16. As to the allegations contained in Paragraph 16 of the Complaint, Separate Defendants Donna Miller and David Holbrook assert that the document referenced speaks for itself. All remaining allegations contained in Paragraph 16 are denied.

17. As to the allegations contained in Paragraph 17 of the Complaint, Separate Defendants Donna Miller and David Holbrook assert that the document referenced speaks for itself. All remaining allegations contained in Paragraph 17 are denied.

18. As to the allegations contained in Paragraph 18 of the Complaint, Separate Defendants Donna Miller and David Holbrook assert that the document referenced speaks for itself. All remaining allegations contained in Paragraph 18 are denied.

19. As to the allegations contained in Paragraph 19 of the Complaint, Separate Defendants Donna Miller and David Holbrook assert that the document referenced speaks for itself.

20. As to the allegations contained in Paragraph 20 of the Complaint, Separate Defendants Donna Miller and David Holbrook assert that the document referenced speaks for itself. All remaining allegations contained in Paragraph 20 are denied.

21. As to the allegations contained in Paragraph 21 of the Complaint, Separate Defendants Donna Miller and David Holbrook assert that the document referenced speaks for itself. All remaining allegations contained in Paragraph 21 are denied.

22. As to the allegations contained in Paragraph 22 of the Complaint, Separate Defendants Donna Miller and David Holbrook assert that the document referenced speaks for itself. All remaining allegations contained in Paragraph 22 are denied.

23. Separate Defendants Donna Miller and David Holbrook admit the allegations contained in Paragraph 23 of the Complaint.

24. Separate Defendants Donna Miller and David Holbrook admit the allegations contained in Paragraph 24 of the Complaint.

25. As to the allegations contained in Paragraph 25 of the Complaint, Separate Defendants Donna Miller and David Holbrook assert that the document referenced speaks for itself. All remaining allegations contained in Paragraph 25 are denied.

26. Separate Defendants admit the allegations contained in Paragraph 26 of the Complaint. Pleading affirmatively, notice of this claim was provided to Plaintiff on numerous occasions during the policy period.

27. Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 27 of the Complaint. Separate Defendants Donna Miller and David Holbrook do admit that Mary Nash was a plaintiff at one time but that her claim was dismissed by the lawyer representing the plaintiffs in the underlying lawsuit.

28. Separate Defendants Donna Miller and David Holbrook are without sufficient information to admit or deny the allegations contained in Paragraph 28 of the Complaint, and all such allegations are therefore denied.

29. Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 29 of the Complaint.

30. As to the allegations contained in Paragraph 30 of the Complaint, Separate Defendants Donna Miller and David Holbrook assert that the document referenced speaks for itself. All remaining allegations contained in Paragraph 30 are denied.

31. Separate Defendants Donna Miller and David Holbrook admit the allegations contained in Paragraph 31 of the Complaint. Additionally, Bancinsure was placed on notice of the claim on numerous occasions prior to it being provided with a copy of the formal complaint. Insurance coverage was also requested on numerous occasions prior to it being provided with a copy of the formal complaint.

32. As to the allegations contained in Paragraph 32 of the Complaint, Separate Defendants Donna Miller and David Holbrook assert that the document referenced speaks for itself. All remaining allegations contained in Paragraph 32 are denied. Pleading affirmatively, this correspondence is not accurate and was not sent in good faith.

33. As to the allegations contained in Paragraph 33 of the Complaint, Separate Defendants Donna Miller and David Holbrook assert that the document referenced speaks for itself. All remaining allegations contained in Paragraph 33 are denied.

34. As to the allegations contained in Paragraph 34 of the Complaint, Separate Defendants Donna Miller and David Holbrook assert that the document referenced speaks for itself. All remaining allegations contained in Paragraph 34 are denied.

35. As to the allegations contained in Paragraph 35 of the Complaint, Separate Defendants Donna Miller and David Holbrook assert that the document referenced speaks for itself. All remaining allegations contained in Paragraph 35 are denied. Pleading affirmatively, this correspondence is not accurate and was not sent in good faith.

36. As to the allegations contained in Paragraph 36 of the Complaint, Separate Defendants Donna Miller and David Holbrook assert that the document referenced speaks for itself. All remaining allegations contained in Paragraph 36 are denied. Pleading affirmatively, this correspondence is not accurate and was not sent in good faith.

37. As to the allegations contained in Paragraph 37 of the Complaint, Separate Defendants Donna Miller and David Holbrook assert that the document referenced speaks for itself. All remaining allegations contained in Paragraph 37 are denied.

38. As to the allegations contained in Paragraph 38 of the Complaint, Separate Defendants Donna Miller and David Holbrook assert that the document referenced speaks for itself. All remaining allegations contained in Paragraph 38 are denied.

39. Separate Defendants Donna Miller and David Holbrook admit the allegations contained in Paragraph 39 of the Complaint. Pleading affirmatively, Bancinsure was placed on notice of the claim on numerous occasions prior to it being provided with a copy of the formal complaint. Insurance coverage was also requested on numerous occasions prior to it being provided with a copy of the formal complaint.

40. As to the allegations contained in Paragraph 40 of the Complaint, Separate Defendants Donna Miller and David Holbrook assert that the document referenced speaks for itself. All remaining allegations contained in Paragraph 40 are denied.

41. Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 41 of the Complaint.

42. Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 42 of the Complaint. Pleading affirmatively, the allegations contained in Paragraph 42 of the Complaint lack foundation and are in bad faith.

43. Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 43 of the Complaint.

44. Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 44 of the Complaint.

45.     Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 45 of the Complaint.

46.     Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 46 of the Complaint. Pleading affirmatively, Bancinsure was placed on notice of the claim on numerous occasions prior to it being provided with a copy of the formal complaint. Insurance coverage was also requested on numerous occasions prior to it being provided with a copy of the formal complaint.

47.     Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 47 of the Complaint. Pleading affirmatively, Bancinsure was placed on notice of the claim on numerous occasions prior to it being provided with a copy of the formal complaint. Insurance coverage was also requested on numerous occasions prior to it being provided with a copy of the formal complaint.

48.     Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 48 of the Complaint. Pleading affirmatively, Bancinsure was placed on notice of the claim on numerous occasions prior to it being provided with a copy of the formal complaint. Insurance coverage was also requested on numerous occasions prior to it being provided with a copy of the formal complaint.

49.     Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 49 of the Complaint. Pleading affirmatively, Bancinsure's actions have been in bad faith.

50. Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 50 of the Complaint.

51. Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 51 of the Complaint. Pleading affirmatively, Bancinsure's actions have been in bad faith.

52. Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 52 of the Complaint.

53. Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 53 of the Complaint.

54. In response to Paragraph 54 of the Complaint, Separate Defendants Donna Miller and David Holbrook restate and re-allege each and every response contained herein.

55. As to the allegations contained in Paragraph 55 of the Complaint, Separate Defendants Donna Miller and David Holbrook assert that the document referenced speaks for itself. All remaining allegations contained in Paragraph 55 are denied.

56. Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 56 of the Complaint. Pleading affirmatively, this allegation lacks foundation and is in bad faith.

57. Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 57 of the Complaint. Pleading affirmatively, this allegation lacks foundation and is in bad faith.

58. Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 58 of the Complaint. Pleading affirmatively, this allegation lacks foundation and is in bad faith.

59. Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 59 of the Complaint.

60. Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 60 of the Complaint.

61. Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 61 of the Complaint.

62. Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 62 of the Complaint.

63. Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 63 of the Complaint.

64. Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 64 of the Complaint.

65. In response to Paragraph 65 of the Complaint, Separate Defendants Donna Miller and David Holbrook restate and re-allege each and every response contained herein.

66. Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 66 of the Complaint.

67. Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 67 of the Complaint.

68. Separate Defendants Donna Miller and David Holbrook deny the allegations contained in Paragraph 68 of the Complaint.

69. Separate Defendants Donna Miller and David Holbrook demand a trial by jury on all claims so triable.

70. All allegations contained in the Wherefore clause of Plaintiff's Complaint are denied.

71. All allegations not specifically admitted herein are denied.

72. Separate Defendants Donna Miller and David Holbrook reserve the right to file additional and/or amended pleadings, including, but not limited to, an amended answer and/or a counterclaim following investigation and discovery of the facts herein.

73. Separate Defendants Donna Miller and David Holbrook affirmatively plead all defenses available under Rule 8 and 12 of the Federal and Arkansas Rules of Civil Procedure, including, but not limited to, estoppel, waiver, mistake, failure of consideration, accord and satisfaction, release, modification, duress, payment and release, setoff, statute of frauds, statute of limitations, unclean hands, non-occurrence of a condition precedent, and any other legal or equitable defenses allowed by the Arkansas Code or Federal or Arkansas common law.

74. Separate Defendants Donna Miller and David Holbrook affirmatively plead that Plaintiff's Complaint should be dismissed as to these Defendants according to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

75. Separate Defendants Donna Miller and David Holbrook request an award of attorneys' fees.

76. Separate Defendants Donna Miller and David Holbrook assert all defenses and seek all relief to which they may be entitled pursuant to the Civil Justice Reform Act of 2003, as codified at Ark. Code Ann. § 16-55-201, et seq.

77. Separate Defendants Donna Miller and David Holbrook assert that they discharged their duties as directors of SBC in good faith, with the care that an ordinary prudent person in a like position would exercise under similar circumstances, and in a manner that they reasonably believed to be in the best interest of SBC. Accordingly, pursuant to Ark. Code Ann. § 23-48-322(g), these defendants are not liable for any action taken as a director or any alleged failure to take action as a director and should be dismissed.

78. Pleading affirmatively, pursuant to Rule 12(b)(7), Plaintiff's Complaint should be dismissed for failure to joint certain indispensable parties including the Plaintiffs in the underlying lawsuit.

79. Pleading affirmatively, Bancinsure has improperly and wrongfully withheld insurance coverage and payment of defense cost related to the underlying lawsuit.

80.  Pleading affirmatively, Bancinsure was placed on notice of the claim on numerous occasions prior to it being provided with a copy of the formal complaint. Insurance coverage was also requested on numerous occasions prior to it being provided with a copy of the formal complaint. Bancinsure's failure to disclose these facts to the Court in its Complaint is a bad faith attempt to avoid its obligations under its policy of insurance.

81.  Pleading affirmatively, the policy at issue does not limit a claim to a formal lawsuit. The policy recognizes claims which are reported during the policy period even if the claims are not yet filed. Bancinsure's misrepresentations regarding its policy are in furtherance of its bad faith attempt to avoid its obligations under its policy of insurance.

82.  Pleading affirmatively, Mary Nash was not a director or an insured at the time that this claim was first made and reported to Bancinsure. Moreover, even if the claim later brought by Ms. Nash (and now dismissed) was not a claim that is covered by the policy of insurance, no good faith basis exists for denying the claims brought by the remaining plaintiffs. Bancinsure's attempt to deny coverage for the entire claim on this bases is in bad faith, is intended to cause harm to its insureds and is in furtherance of its attempts to avoid its obligations under its policy of insurance.

83.  Pleading affirmatively, the underlying lawsuit alleges intentional misconduct against Separate Defendants Greg Miller and Louis Miller that are not alleged against Separate Defendants Donna Miller and David Holbrook. Any attempt to use these allegations made against other defendants as a basis for denying coverage or defense costs

as to Donna Miller and David Holbrook is in bad faith and in furtherance of Bancinsure's attempts to avoid its obligations under its policy of insurance.

84.     Pleading affirmatively, Separate Defendants Donna Miller and David Holbrook have paid their own defense cost to date without any assistance from their insurance company.

WHEREFORE, having fully answered Plaintiff's Complaint, Separate Defendants Donna Miller and David Holbrook, pray that this Court dismiss Plaintiffs' Complaint, award these Defendants their attorneys' fees and costs, and all other proper relief to which they may be entitled.

> Respectfully submitted,
>
> **SCHOLTENS AND AVERITT, PLC**
> 113 East Jackson Avenue
> Jonesboro, AR 72401
> (870) 972-6900
>
> By_____
> Chris A. Averitt (98123)

## CERTIFICATE OF SERVICE

I, Chris A. Averitt, do hereby certify that on March 15, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following

Joseph Cotten Cunningham
Laser Law Firm, P.A.
101 South Spring Street, Suite 300
Little Rock, AR 72201-2488

Fred C. Statum, III
Jeffrey S. Price
Sam Poteet, Jr.
Manier & Herod, P.C.
One Nashville Place
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219-2494

Richard L. Ramsay
Eichenbaum, Liles & Heister, P.A.
Union National Plaza
124 West Capitol Avenue, Suite 1900
Little Rock, AR 72201-3736

Tony L. Wilcox
Don Parker
Wilcox, Parker, Hurst, Lancaster & Lacy
Attorneys At Law
3000 Browns Lane
Jonesboro, AR 72401

Chris A. Averitt