IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


BANCINSURE, INC.                                                PLAINTIFF


V.                              NO. 3:10-CV-013-JLH


C. GREG MILLER; DONNA MILLER;
LOUISE MILLER; HOWARD ELDRIDGE;
DONALD L. PARKER, SR.;
DAVID HOLBROOK; AND ASA CROW                    DEFENDANTS


## BRIEF IN SUPPORT OF MOTION TO DISMISS AND/OR SUGGESTION OF DEATH

COMES NOW Separate Defendant, C. Greg Miller, by and through his attorneys, Laser Law Firm, P.A., and for his Brief in Support of his Motion to Dismiss and/or Suggestion of Death, states:

Plaintiff, BancInsure, Inc., filed its Complaint for Declaratory Judgment on January 15, 2010, and named C. Greg Miller as a defendant. Specifically, Plaintiff alleged that pursuant to a Directors' and Officers' Liability Insurance Policy designating Southern Bank of Commerce ("SBC") as the Named Insured, it has no duty to defend Mr. Miller in a lawsuit filed by current shareholders of SBC in the Circuit Court of Greene County, Arkansas, against its Board of Directors. Mr. Miller passed away at his residence in Paragould, Greene County, Arkansas, on May 5, 2010. Plaintiff's cause of action against Mr. Miller should be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

Additionally and/or alternatively, Mr. Miller is no longer a proper party to the present action because he passed away on May 5, 2010, and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, should be substituted by a special administrator.

WHEREFORE, Separate Defendant, C. Greg Miller, prays that his Motion to Dismiss be granted; for attorney's fees and costs expended herein; and for all other just and proper relief to which he may be entitled.

Respectfully submitted,

/s/ J. Cotten Cunningham
J. Cotten Cunningham, Ark. Bar No. 97238
Attorney for Separate Defendants,
C. Greg Miller and Louise Miller
LASER LAW FIRM, P.A.
101 South Spring Street, Suite 300
Little Rock, Arkansas 72201
501-376-2981; Facsimile: 501-376-2417
*ccunningham@laserlaw.com*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on this, the 18th day of May, 2010, via regular mail and electronic mail, upon counsel of record:

Fred C. Statum, III
*fstatum@manierherod.com*
Jeffrey S. Price
*jprice@manierherod.com*
Sam H. Poteet, Jr.
*spoteet@manierherod.com*
Manier & Herod, P.C.
One Nashville Place
150 Fourth Avenue North, Suite 2200
Nashville, Tennessee 37219-2494
615-244-0030; Facsimile: 615-242-4203

Richard L. Ramsay
*rick.ramsay@alhlaw.com*
Eichenbaum, Liles & Heister, P.A.
Union National Plaza
124 West Capitol Avenue, Suite 1900
Little Rock, Arkansas 72201-3736
501-376-4531

Tony L. Wilcox
*twilcox@wphll.com*
Wilcox Parker Hurst Lancaster & Lacy, PLC
3000 Browns Lane
Jonesboro, Arkansas 72401
870-931-3101; Facsimile: 870-931-3102

Chris A. Averitt
*chris@scholtensaveritt.com*
Scholtens and Averitt, PLC
113 East Jackson Avenue
Jonesboro, Arkansas 72401
870-972-6900; Facsimile: 870-972-6903

/s/ J. Cotten Cunningham
J. Cotten Cunningham, Ark. Bar No. 97238
Attorney for Separate Defendants,
C. Greg miller and Louise Miller
LASER LAW FIRM, P.A.
101 South Spring Street, Suite 300
Little Rock, Arkansas 72201
501-376-2981; Facsimile: 501-376-2417
*ccunningham@laserlaw.com*