**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| **BANCINSURE, INC.** ) | |
| ) | |
| Plaintiff, ) | No. 3:10-CV-00013-JLH |
| v. ) | |
| ) | |
| **C. GREG MILLER, DONNA MILLER,** ) | |
| **LOUISE MILLER, HOWARD ELDRIDGE,** ) | |
| **DONALD L. PARKER, SR.,** ) | |
| **DAVID HOLBROOK, and ASA CROW,** ) | |
| ) | |
| **Defendants.** ) | |

## AGREED ORDER

**Whereas**, on or about May 18, 2010, counsel for C. Greg Miller filed a Motion to Dismiss and/or Suggestion of Death stating that C. Greg Miller passed away on May 5, 2010; and

**Whereas**, as evidenced by the signatures of counsel below, all parties have agreed that the executor or administrator of C. Greg Miller's Estate should be substituted as a named Defendant pursuant to Fed. R. Civ. P. 25(a); and

**Whereas**, an executor or administrator is yet to be appointed for the Estate of C. Greg Miller; it is therefore

**ORDERED** that counsel for C. Greg Miller will inform the Court once an executor or administrator has been appointed for the Estate of C. Greg Miller; and it is further

**ORDERED** that once an executor or administrator has been appointed for the Estate of C. Greg Miller, said executor or administrator will be substituted as a named Defendant in this action

IT IS SO ORDERED this 27th day of May, 2010.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

Approved and Submitted for Entry By:

 /s/ John E. Quinn
John E. Quinn          Tennessee 12220
Fred C. Statum III     Tennessee 14995
Manier & Herod, P.C.
150 Fourth Avenue North, Suite 2200
Nashville TN 37219
(615) 244-0030
jquinn@manierherod.com
fstatum@manierherod.com

and

Richard L. Ramsay
EICHENBAUM, LILES & HEISTER
124 West Capitol Avenue, Suite 1900
Little Rock AR 72201-3736
(501) 376-4531
rick.ramsay@elhlaw.com
Attorneys for BancInsure


 /s/ Joseph Cotten Cunningham
Joseph Cotten Cunningham
Laser Law Firm, P.A.
101 South Spring Street, Suite 300
Little Rock, AR 72201-2488
(501) 376-2981
ccunningham@laserlaw.com
Attorney for Greg Miller & Louise Miller

  /s/ Christopher A. Averitt
Christopher A. Averitt
Scholtens & Averitt PLC
113 East Jackson Avenue
Jonesboro AR 72401
(870) 972-6900
chris@scholtensaveritt.com
Attorney for Donna Miller & David Holbrook


  /s/ Tony L. Wilcox
Tony L. Wilcox
Wilcox Parker Hurst Lancaster & Lacy
P.O. Box 1733
Jonesboro AR 72403-1733
(870) 931-3101
twilcox@wphll.com
Attorney for Howard Eldridge, Donald L. Parker, Sr. and Asa Crow