## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

BANCINSURE, INC.                      )

                                   )

     Plaintiff,               )     No. 3:10-CV-00013-JLH

v.                            )

                                   )

C. GREG MILLER, DONNA MILLER,   )

LOUISE MILLER, HOWARD ELDRIDGE,  )

DONALD L. PARKER, SR.,             )

DAVID HOLBROOK, and ASA CROW,   )

                                   )

     Defendants.             )

## AGREED ORDER

Pursuant to the agreement of the parties, as evidenced by the signatures of counsel below, Charles Christopher Miller, as Personal Representative of the Estate of C. Greg Miller, deceased, is substituted for Defendant, C. Greg Miller, to defend this action for and on behalf of the deceased.  According, it is hereby,

**ORDERED** that Charles Christopher Miller, the Personal Representative of the Estate of C. Greg Miller, deceased, is substituted for Defendant, C. Greg Miller, in this case.

Entered this 28th day of September 2010.

_____

J. LEON HOLMES

UNITED STATES DISTRICT JUDGE

APPROVED AND SUBMITTED FOR ENTRY:

/s/ John E. Quinn
John E. Quinn          Tennessee 12220
Fred C. Statum III     Tennessee 14995
Manier & Herod, P.C.
150 Fourth Avenue North, Suite 2200
Nashville TN 37219
(615) 244-0030
jquinn@manierherod.com
fstatum@manierherod.com

        and

Richard L. Ramsay
EICHENBAUM, LILES & HEISTER
124 West Capitol Avenue, Suite 1900
Little Rock AR 72201-3736
(501) 376-4531
rick.ramsay@elhlaw.com

Attorneys for Plaintiff, BancInsure, Inc.


/s/ Joseph Cotten Cunningham
Joseph Cotten Cunningham
Laser Law Firm, P.A.
101 South Spring Street, Suite 300
Little Rock, AR 72201-2488
(501) 376-2981
ccunningham@laserlaw.com

Attorney for Defendants C. Greg Miller & Louise Miller


/s/ Christopher A. Averitt
Christopher A. Averitt
Scholtens & Averitt PLC
113 East Jackson Avenue
Jonesboro, AR 72401
(870) 972-6900
chris@scholtensaveritt.com

Attorney for Defendants Donna Miller & David Holbrook

/s/ Tony L. Wilcox
Tony L. Wilcox
Wilcox Parker Hurst Lancaster & Lacy
P.O. Box 1733
Jonesboro, AR 72403-1733
(870) 931-3101
twilcox@wphll.com

Attorney for Defendants Howard Eldridge, Donald L. Parker, Sr., and Asa Crow