**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

BANCINSURE, INC.                                                                                    PLAINTIFF

v.                                            No. 3:10CV00013 JLH

CHARLES CHRISTOPHER MILLER,
Personal Representative of the Estate of
C. Greg Miller; DONNA MILLER;
LOUISE MILLER; HOWARD ELDRIDGE;
DONALD L. PARKER, SR.;
DAVID HOLBROOK; and ASA CROW                                                DEFENDANTS

**ORDER**

This matter came before the Court on the Joint Motion for Stay (Docket Entry No. 17) filed by all of the parties to this case. After a review of the joint motion and the file in this matter the Court is of the opinion that the motion is well taken and should be granted. Accordingly, it is hereby

**ORDERED** that the Joint Motion for Stay (Docket Entry No. 17) is granted and this case is hereby stayed as of the date of entry of this Order. It is further **ORDERED** that during the stay the parties shall file with the Court every ninety (90) days a status report regarding the related state court action. It is further **ORDERED** that any party to this case may petition the Court to dissolve the stay at any time.

Entered this 1st day of December 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE