# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| BANCINSURE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| CHARLES CHRISTOPHER MILLER, ) | No. 3:10-CV-00013-JLH |
| Personal Representative of the Estate of ) | |
| C. Greg Miller, DONNA MILLER, ) | |
| LOUISE MILLER, HOWARD ELDRIDGE, ) | |
| DONALD L. PARKER, SR., ) | |
| DAVID HOLBROOK, and ASA CROW, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL

Whereas, as evidenced by the signatures of counsel below, the parties have reached a settlement in this matter; it is therefore

**ORDERED** that the Complaint filed by the Plaintiff [Docket No. 1] against the Defendants is dismissed, with prejudice.

IT IS SO ORDERED.

Entered this 6th day of July, 2011.

_____
J. Leon Holmes
United States District Judge

585848.1

Agreed to and Submitted for Entry By:

/s/ John E. Quinn
John E. Quinn         (TN Bar No. 12220)
Fred C. Statum III    (TN Bar No. 14995)
Manier & Herod, P.C.
150 Fourth Avenue North, Suite 2200
Nashville TN 37219
(615) 244-0030
jquinn@manierherod.com
fstatum@manierherod.com

and

Richard L. Ramsay (# 77108)
EICHENBAUM, LILES & HEISTER
124 West Capitol Avenue, Suite 1900
Little Rock AR 72201-3736
(501) 376-4531
rick.ramsay@elhlaw.com

Attorneys for Plaintiff, BancInsure, Inc.

/s/ Joseph Cotten Cunningham
Joseph Cotten Cunningham (# 97238)
Laser Law Firm, P.A.
101 South Spring Street, Suite 300
Little Rock, AR 72201-2488
 (501) 376-2981
ccunningham@laserlaw.com

Attorney for Defendants Charles Christopher Miller,
Personal Representative of the Estate of C. Greg Miller & Louise Miller

/s/ Christopher A. Averitt
Christopher A. Averitt (#98123)
Scholtens & Averitt PLC
113 East Jackson Avenue
Jonesboro, AR 72401
(870) 972-6900
chris@scholtensaveritt.com

Attorney for Defendants Donna Miller & David Holbrook

585848.1

/s/ Tony L. Wilcox
Tony L. Wilcox (#93084)
Wilcox Parker Hurst Lancaster & Lacy
P.O. Box 1733
Jonesboro, AR 72403-1733
(870) 931-3101
twilcox@wphll.com

Attorney for Defendants Howard Eldridge, Donald L. Parker, Sr., and Asa Crow

585848.1